**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6924**

_____

FLOYD RAYMOND LOOKER, JR.,

                                        Plaintiff - Appellant,

        versus

DAVID E. GODWIN, Esq.; J. C. RAFFETY, SRSA;
OTHER UNKNOWN FEDERAL OFFICIALS,

                                        Defendants - Appellees,

        and

OKEI MARSHALL RICHARDS, JR.; WILLIAM CIPRIANI,
Esq.,

                                        Defendants.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Chief District Judge. (CA-99-111-5)

_____

Submitted: February 8, 2001        Decided: February 13, 2001

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Floyd Raymond Looker, Jr., Appellant Pro Se.  Helen Campbell Altmeyer, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Floyd Raymond Looker, Jr., appeals the district court's order dismissing Defendants Godwin, Raffety, and "other unknown federal officials" and denying Looker's motion for change of venue. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2